# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>COFFEY, JOHN L | 2. Court or Organization<br><br>7th Circuit Court of Appeals | 3. Date of Report<br><br>04/17/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>Federal Building - Courthouse<br>Room 619<br>Milwaukee, WI 53202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Milwaukee County Pension Plan, City of Milwaukee Pension Plan, State of Wisconsin Employee Pension Plan |
| 2. | |
| 3. | |

RECEIVED 2008 APR 30 A 5: 12

| Name of Person Reporting | Date of Report |
| --- | --- |
| COFFEY, JOHN L | 04/17/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2007 | Milwaukee County, City of Milwaukee, State of Wisconsin Pensions | $ 80,600 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2007 | Self-Employed artist-painter |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L | 04/17/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L | 04/17/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST | | | | | | | | | |
| 2. ABBOTT LAB | A | Dividend | | | SLD | 10/30 | K | D | |
| 3. ALLIANCE BERNSTEIN INTL GROWTH | A | Dividend | L | T | BOT | 10/31 | L | | |
| 4. ALTRIA GROUP | C | Dividend | | | SLD | 10/30 | L | E | |
| 5. AMERIPRISE FINANCIAL | A | Dividend | J | T | BOT | 10/30 | J | | |
| 6. AMGEN | A | Dividend | J | T | BOT | 10/30 | J | | |
| 7. ANHEUSER-BUSCH | A | Dividend | J | T | BOT | 10/30 | J | | |
| 8. ASHLAND INC | A | Dividend | J | T | BOT | 10/30 | J | | |
| 9. AT&T | B | Dividend | | | SLD | 10/30 | K | E | |
| 10. AT&T | A | Dividend | J | T | BOT | 10/30 | J | | |
| 11. B.P. PLC SPON ADR | B | Dividend | | | SLD | 10/30 | L | E | |
| 12. BANK OF AMERICA | B | Dividend | | | SLD | 10/26 | K | A | |
| 13. BEAR STEARNS | A | Dividend | J | T | BOT | 10/30 | J | | |
| 14. BERKSHIRE HATHAWAY CL. B | A | Dividend | L | T | | | | | |
| 15. BB&T MUTUAL FUND MID CAP | A | Dividend | K | T | BOT | 10/31 | K | | |
| 16. BIOMET | A | Dividend | | | SLD | 7/19 | J | A | |
| 17. BOSTON SCIENTIFIC | A | Dividend | | | SLD | 10/26 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L | 04/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CAMPBELLSPORT WI. SCH. DIST. | B | Interest | K | T | | | | | |
| 19. CARROLLTON MICH. PUB. SCH. DIST. | B | Interest | K | T | | | | | |
| 20. CBS CLASS B | A | Dividend | J | T | BOT | 10/30 | J | | |
| 21. CGM TR. FOCUS FD | A | Dividend | K | T | BOT | 10/31 | K | | |
| 22. CITIGROUP | A | Dividend | J | T | BOT | 10/30 | J | | |
| 23. CITIGROUP INC | A | Dividend | J | T | BOT | 10/30 | J | | |
| 24. CNX GAS CORP | A | Dividend | J | T | BOT | 10/30 | J | | |
| 25. COCA COLA CO. | A | Dividend | | | SLD | 10/26 | K | D | |
| 26. CONOCO PHILLIPS | A | Dividend | J | T | BOT | 10/30 | J | | |
| 27. DELL INC | A | Dividend | J | T | BOT | 10/30 | J | | |
| 28. DFA INVT DIMENSIONS SM CAP | B | Dividend | L | T | BOT | 10/31 | L | | |
| 29. ELECTRONIC ARTS, INC. | A | Dividend | | | SLD | 10/26 | J | A | |
| 30. ERICSSON L.H. TEL ADR CL. B | A | Dividend | | | SLD | 10/26 | J | A | |
| 31. EXXON MOBIL | B | Dividend | M | T | | | | | |
| 32. FEDERAL HOME LN. MTG. CORP. | B | Dividend | K | T | | | | | |
| 33. FL ST. BRD ED. PUB. ED. REF. | B | Interest | L | T | BOT | 11/2 | L | | |
| 34. FORTUNE BRANDS | A | Dividend | J | T | BOT | 10/30 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M.=$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L | 04/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. FULTON CNTY GA BLDG AUTH | B | Interest | K | T | | | | | |
| 36. GAINSVILLE FL UTILS REV A | B | Interest | K | T | BOT | 11/7 | K | | |
| 37. GENERAL ELECTRIC | C | Dividend | M | T | | | | | |
| 38. GOLDMAN SACHS GROUP | A | Dividend | | | SLD | 10/30 | K | E | |
| 39. GOLDMAN SACHS | A | Dividend | J | T | BOT | 10/30 | J | | |
| 40. GREEN BAY, WI PROM NOTES | B | Interest | | | SLD | 4/7 | K | A | |
| 41. HARBOR INTL FD | A | Dividend | L | T | BOT | 10/31 | L | | |
| 42. HEWLETT-PACKARD | A | Dividend | J | T | BOT | 10/30 | J | | |
| 43. HUDSON CITY BANC | A | Dividend | J | T | BOT | 10/30 | J | | |
| 44. ILL TOOL WORKS | A | Dividend | J | T | BOT | 10/30 | J | | |
| 45. INDIANAPLIS LOC. PUB. SERIES A | B | Interest | L | T | BOT | 11/5 | L | | |
| 46. INGERSOLL RAND CO | A | Dividend | J | T | BOT | 10/30 | J | | |
| 47. INTEL CORP | A | Dividend | | | SLD | 10/26 | J | A | |
| 48. INTEL | A | Dividend | J | T | BOT | 11/7 | J | | |
| 49. JOHNSON & JOHNSON | B | Dividend | | | SLD | 10/30 | L | E | |
| 50. JOHNSON & JOHNSON | A | Dividend | J | T | BOT | 10/30 | J | | |
| 51. KEELY SM CAP VALUE CLASS A | A | Dividend | K | T | BOT | 11/1 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L | 04/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  KEELY SM CAP VALUE FD | A | Dividend | J | T | BOT | 10/31 | J | | |
| 53.  KOHL'S CORP | A | Dividend | | | SLD | 10/26 | K | D | |
| 54.  LIBERTY MEDIA HLDG | A | Dividend | J | T | BOT | 10/30 | J | | |
| 55.  MCKINNEY TEX INDPT. SCH. DIST | B | Interest | | | SLD | 2/15 | K | A | |
| 56.  MEDIMMUNE INC. | A | Dividend | | | SLD | 6/6 | K | E | |
| 57.  MERCK | A | Dividend | J | T | BOT | 10/30 | J | | |
| 58.  MICROSOFT | A | Dividend | | | SLD | 10/30 | K | D | |
| 59.  MICROSOFT | A | Dividend | J | T | BOT | 10/30 | J | | |
| 60.  MUNDER SER TR MID CAP | A | Dividend | K | T | BOT | 11/1 | K | | |
| 61.  NAT. SEMICONDUCTOR CORP. | A | Dividend | | | SLD | 10/26 | K | D | |
| 62.  NORTHVILLE MICH. PUB. SCHS. | B | Interest | | | SLD | 5/1 | K | A | |
| 63.  NORTRUP, GRUMMAN | A | Dividend | | | SLD | 10/26 | K | E | |
| 64.  OHIO ST. GEN RECEIPTS SERIES A | B | Interest | | | SLD | 6/1 | K | A | |
| 65.  OHIO ST. HIGH ED. SERIES B | B | Interest | L | T | BOT | 11/1 | L | | |
| 66.  OLD REPUBLIC INTL | A | Dividend | J | T | BOT | 10/30 | J | | |
| 67.  PFIZER | B | Dividend | | | SLD | 10/26 | K | E | |
| 68.  PIONEER NATURAL RES | A | Dividend | J | T | BOT | 10/30 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PLAINS EXP & PROD CO | A | Dividend | J | T | BOT | 10/30 | J | | |
| 70. PUERTO RICO ELEC. AUTH. REV. RR | B | Interest | L | T | BOT | 11/6 | L | | |
| 71. ROYAL DUTCH PETE CO. | A | Dividend | | | SLD | 10/26 | K | E | |
| 72. R.S. INV TR VALUE FD CLASS A | A | Dividend | K | T | BOT | 11/1 | K | | |
| 73. STRATTON FUNDS SM CAP | A | Dividend | K | T | BOT | 11/1 | K | | |
| 74. 3 M CO | B | Dividend | L | T | | | | | |
| 75. TIME-WARNER INC. | B | Dividend | | | SLD | 10/30 | J | B | |
| 76. TIME WARNER | A | Dividend | J | T | BOT | 10/30 | J | | |
| 77. UNITED TECHNOLOGIES | A | Dividend | J | T | BOT | 10/30 | J | | |
| 78. UPS CLASS B | A | Dividend | J | T | BOT | 10/30 | J | | |
| 79. VALERO ENERGY CORP | A | Dividend | | | SLD | 10/26 | J | D | |
| 80. WAL-MART | A | Dividend | | | SLD | 10/26 | L | E | |
| 81. WASH. ST. SERIES D | B | Interest | K | T | | | | | |
| 82. WEYERHAUSER | A | Dividend | J | T | BOT | 10/30 | J | | |
| 83. WHITE MOUNTAINS INS | A | Dividend | J | T | BOT | 10/30 | J | | |
| 84. WILLIAMSON CNTY, TENN. RURAL SCH. | B | Interest | K | T | | | | | |
| 85. REPORTER | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L | 04/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BARON SELECT FUND | A | Cap. Gains | J | T | BOT | 7/6 | J | | |
| 87. BIOMET | A | Dividend | | | SLD | 9/26 | J | A | |
| 88. BLDRS EMERGING MARKETS | A | Dividend | J | T | BOT | 10/19 | J | | |
| 89. BLUE COAT | A | Dividend | J | T | BOT | 6/20 | J | | |
| 90. CISCO | A | Dividend | M | T | | | | | |
| 91. COSTCO WHOLESALE | A | Dividend | J | T | | | | | |
| 92. FISERV | A | Dividend | K | T | | | | | |
| 93. FISERV | A | Dividend | K | T | BOT | | K | | |
| 94. GENERAL ELECTRIC | A | Dividend | J | T | PARTIAL SLD | 1/31 | J | B | |
| 95. INTEL CORP. | A | Dividend | J | T | PARTIAL SLD | 1/31 | J | A | |
| 96. IN VEN TIV HEALTH INC | A | Dividend | J | T | BOT | 2/21 | J | | |
| 97. ISHARES DOW JONES ETF | A | Dividend | J | T | BOT | 10/19 | J | | |
| 98. ISHARES INC BRAZIL F | A | Dividend | J | T | BOT | 10/19 | J | | |
| 99. JOHNSON CONTROLS | A | Dividend | J | T | | | | | |
| 100. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 101. LEGG MASON | A | Dividend | | | SLD | 8/15 | J | A | |
| 102. LEXMARK INT'L | A | Dividend | | | SLD | 1/31 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L | 04/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. M&I BANK | B | Dividend | K | T | | | | | |
| 104. MASS MUTUAL | B | Interest | L | T | | | | | |
| 105. MATTHEWS INDIA FUND | A | Dividend | J | T | BOT | 1/31 | J | | |
| 106. MEDTRONIC | A | Dividend | | | SLD | 2/21 | J | A | |
| 107. MERCK | A | Dividend | | | SLD | 2/16 | J | D | |
| 108. METAVANTE | A | Dividend | J | T | SPINOFF | | J | | |
| 109. MICROSOFT | B | Dividend | | | SLD | 2/21 | J | A | |
| 110. MITCHELL BANK HOLDING | A | Dividend | J | T | | | | | |
| 111. NAM TAI ELECTRONICS | A | Dividend | | | SLD | 1/16 | J | A | |
| 112. NAVIDEA | A | Dividend | J | T | BOT | 7/6 | J | | |
| 113. NORTHWESTERN MUTUAL LIFE | B | Interest | L | T | | | | | |
| 114. OBERWEIS CHINA OPPT | B | Dividend | J | T | BOT | 1/31 | J | | |
| 115. PARK BANK | B | Interest | K | T | | | | | |
| 116. POLARIS GLOBAL VALUE | B | Dividend | J | T | BOT | 1/31 | J | | |
| 117. PRIVATE BANK | A | Dividend | | | SLD | 6/21 | K | C | |
| 118. QUAL COMM | A | Dividend | | | SLD | 6/20 | L | E | |
| 119. RIVERBED TECH I | A | Dividend | J | T | BOT | 8/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L | 04/17/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. SPDR S&P BIOTECH ETF | A | Dividend | J | T | BOT | 10/19 | J | | |
| 121. ST. JUDE MEDICAL | A | Dividend | K | T | PARTIAL SLD | 2/21 | K | C | |
| 122. STERICYCLE | A | Dividend | K | T | BOT | 2/21 | K | | |
| 123. THIRD WAVE TECH | A | Dividend | K | T | BOT | 8/30 | J | | |
| 124. US BANK | C | Dividend | L | T | | | | | |
| 125. VASCO DATA SERVICES | A | Dividend | J | T | BOT | 8/30 | K | | |
| 126. WELLS FARGO & CO. | A | Dividend | | | SLD | 7/6 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFEY, JOHN L | 04/17/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



S

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY ... CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544